In the Matter of THELEN LLP.

YANN GERON, as Chapter 7 Trustee of the Estate of THELEN LLP, Appellant, v SEYFARTH SHAW LLP, Respondent.

In re COUDERT BROTHERS LLP, Debtor. DEVELOPMENT SPECIALISTS, INC., Respondent-Appellant; K&L GATES LLP et al., Appellants-Respondents.

Submitted May 5, 2014; decided May 8, 2014

*See* 736 F3d 213.

Motion by New York State Bar Association et al. for leave to file a brief amici curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.